**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Efrain FLORES, Defendant–Appellant.**

No. 12–30033.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 14, 2013.*

Filed Aug. 16, 2013.

Aine Ahmed, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Matthew Campbell, Assistant Federal Public Defender, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

## MEMORANDUM **

Efrain Flores appeals from the district court's judgment and challenges the 63–month sentence imposed following his guilty-plea conviction for possession with intent to distribute 50 grams or more of "actual" (pure) methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Flores contends that the district court erred in denying him a minor role adjustment under U.S.S.G. § 3B1.2(b). We review for clear error. *See United States v. Cantrell,* 433 F.3d 1269, 1282 (9th Cir. 2006). Because Flores failed to prove that he was substantially less culpable than the average participant in the offense, the district court did not clearly err by denying the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n. 3(A); *Cantrell,* 433 F.3d at 1282–83.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.